UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY HARDY,<br><br>                Plaintiff,<br><br>v.<br><br>GENESEE COUNTY COMMUNITY ACTION RESOURCE DEPARTMENT, *et al*.,<br><br>                Defendant. | Case No. 24-11190<br>Honorable Linda V. Parker<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING MOTION TO APPOINT COUNSEL (ECF NO. 38)**

Plaintiff Gregory Hardy brings this pro se civil rights action under 42 U.S.C. § 1983.  ECF No. 1. The Honorable Linda v. Parker referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 7.  Hardy moves a second time for appointment of counsel.  ECF No. 38.  The Court denied his earlier motion for appointment of counsel without prejudice, reasoning that Hardy has not shown exceptional circumstances meriting appointment of counsel during this pretrial stage. ECF No. 37.  This conclusion has not changed.

Thus, Hardy's motion to appoint counsel, ECF No. 38, is **DENIED WITHOUT PREJUDICE**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: March 25, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 25, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager
