UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HARDY,

          Plaintiff,

v.

GENESSE COUNTY
COMMUNITY ACTION
RESOURCE DEPARTMENT,
*et al.*,

          Defendants.

Case No. 24-11190
Honorable Linda V. Parker
Magistrate Judge Elizabeth A. Stafford

**ORDER DENYING WITHOUT PREJUDICE
PLAINTIFF'S MOTION FOR LEAVE TO AMEND
(ECF NO. 43)**

      Plaintiff Gregory Hardy brings this pro se civil rights action under 42 U.S.C. § 1983. ECF No. 1. The Honorable Linda V. Parker referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 7. Hardy moves for leave to file an amended complaint. ECF No. 43. Hardy references his proposed amended complaint as being attached as "Exhibit A," but no exhibits were attached. *Id.*, PageID.292. Thus, Hardy failed to include a proposed amended complaint with his filing, in

1

violation of E.D. Mich. Local Rule 15.1, which states that "[a] party who moves to amend a pleading shall attach the proposed amended pleading to the motion." Though he is proceeding pro se, Hardy is required to follow the court's procedural rules and assumes the risks and hazards that accompany self-representation. *See Graham-Humphreys v. Memphis Brooks Museum of Art, Inc.*, 209 F.3d 552, 561 (6th Cir. 2001). The Court **DENIES** without prejudice Hardy's motion for leave to file an amended complaint.

**IT IS SO ORDERED**.

Dated: October 30, 2025

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling**

**remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 30, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager
