# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

GREGORY HARDY,

       Plaintiff,        **Case No. 24-cv-11190-LVP-EAS**

                         District Judge LINDA V. PARKER
                         Magistrate Judge: ELIZABETH A. STAFFORD

vs.

GENESEE COUNTY COMMUNITY
ACTION RESOURCE DEPARTMENT,
[GCCARD], ET AL, STEPHANIE L.
HOWARD, EXECUTIVE DIRECTOR,
PAMALA D. COLEMAN, DEPUTY
DIRECTOR, DONITA (JANE DOE),
ADMIN ASST., AND MICHAEL
ISOM, HOME MAINTENANCE
ASST., DIRECTOR, In Their Individual
and Official Capacities, Jointly and
Severally,

       Defendants.

_____/

| **GREGORY HARDY, In Pro Per** | **BENNET J. BUSH (P51355)** |
|---|---|
| 430 W. Austin Avenue | Attorney for Defendants |
| Flint, MI 48505 | 1101 Beach Street, Ste 317 |
| (810) 471-2337 | Flint, MI 48502 |
| gregoryhardy444@gmail.com | (810) 768-7918 |
| | bbush@geneseecountymi.gov |

_____/

## STIPULATED ORDER TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT.

       This matter comes before the Court by stipulation of the parties. Having been advised by the stipulation below, the Court enters the following order.

1

Plaintiff and Defendant, through its counsel, stipulate to allow Plaintiff to file a First Amended Complaint within seven (7) days of entry of this order.

**SO ORDERED.**

Dated: November 26, 2025

**s/Elizabeth A. Stafford**
ELIZABETH A. STAFFORD
United States Magistrate Judge

For the Plaintiff

**s Gregory Hardy  w/permission**
**GREGORY HARDY, In Pro Per**

For Defendant

**/s Bennet J. Bush**
**BENNET J. BUSH P51355**
**Attorney for Defendants**