UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

**Gregory Hardy**,

               Plaintiff,           Civil Action No. 24-11190
                                     Honorable Linda V. Parker
v.                             Magistrate Judge Elizabeth A. Stafford

**GCCARD**,  **et al**

               Defendant.

_____/

## ORDER STRIKING DOCUMENT (ECF No. 82 )

The Court has reviewed the following document: Plaintiff's Combined Objections to Magistrates Order and renewed Motion to Compel Discovery (**ECF No**.82). The Court finds that it should be stricken for the following reasons:

☐ Missing statement of concurrence.  <u>See</u> LR 7.1(a).

☐ Over-length.  <u>See</u> LR 7.1(d)(3).

☐ Wrong font size.  <u>See</u> LR 5.1(a)(3).

☐ Missing required information (e.g.), concise statement of issues,

    controlling or most appropriate authority, etc.).  <u>See</u> LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing

    page numbers, etc.).  <u>See</u> LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for

    the following reasons:

☑ Other: Mich. LR 7.1(i), Motions must not be combined with any other

stand-alone document. For example, a motion for preliminary

injunctive relief must not be combined with a complaint, a counter-

motion must not be combined with a response or reply, and a motion

for downward departure must not be combined with a sentencing

memorandum. Papers filed in violation of this rule will be stricken.

Accordingly, the Court strikes the document. **PARTY** shall file an amended

document that complies with all requirements.

**IT IS SO ORDERED.**

Dated: February 23, 2026          s/Elizabeth A. Stafford
Detroit, Michigan                 ELIZABETH A. STAFFORD
                                  United States Magistrate Judge


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Dated: February 23, 2026          s/Davon Allen
                                  DAVON ALLEN
                                  Case Manager