UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HARDY,

Plaintiff,

v.

GENESSE COUNTY
COMMUNITY ACTION
RESOURCE DEPARTMENT
(GCCARD), *et al*.,

Defendants.

Case No. 24-11190
Honorable Linda V. Parker
Magistrate Judge Elizabeth A. Stafford

**ORDER STAYING CASE
PENDING DECISION ON REPORT
AND RECOMMENDATIONTO DISMISS ACTION
UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(B)**

Plaintiff Gregory Hardy, proceeding pro se and in forma pauperis, sues under 42 U.S.C. § 1983.  ECF No. 56.  The Honorable Linda V. Parker referred the matter to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 7.  This Court has issued a report and recommendation (R&R) that recommends that this action be dismissed under Federal Rule of Civil Procedure 41(b).  ECF No. 95.  The Court **STAYS** all proceedings pending Judge Parker's decision on the R&R and

1

**ORDERS** that the parties file no documents on the docket except objections to the R&R and responses to such objections.

      **IT IS SO ORDERED.**

                          s/Elizabeth A. Stafford
                          ELIZABETH A. STAFFORD
                          United States Magistrate Judge

Dated: April 14, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 14, 2026.

<u>s/Caitlin Shrum</u>
CAITLIN SHRUM
Case Manager