UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gregory Hardy

       Plaintiff,                            Case No. 24-cv-11190
                                          Honorable Linda V. Parker

v.

Genesse County Community
Action Resource Department et al.

       Defendant.

_____/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION (ECF NO. 89) AND DENYING PLAINTIFF'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff initiated this Section 1983 action on May 3, 2024.  (ECF No. 1.) Plaintiff alleges that he was wrongfully denied home weatherization benefits because of his ongoing complaints against Defendant Michael Isom, who serves as the home maintenance assistant director at the Genessee County Community Action Resource Department (GCCARD).  On December 11, 2025, Plaintiff moved for judgment on the pleadings regarding his First Amendment retaliation claim and Fourteenth Amendment procedural due process claim. (ECF No. 58.) The motion is fully briefed. (ECF Nos. 62 & 67.)

The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-

dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 7.)

On March 13, 2026, Magistrate Judge Stafford issued a report and recommendation ("R&R") recommending that the Court deny Plaintiff's motion. (ECF No. 89.)  At the conclusion of the R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*, PageID.866-67.)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for judgement on the pleadings under 12(c) is **DENIED**.

s/ Linda V. Parker
LINDA  V. PARKER
U.S. DISTRICT JUDGE

Dated: April 24, 2026

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 24, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager