UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HARDY,

Plaintiff,

Case No. 24-cv-11190
Honorable Linda V. Parker

v.

GENESEE COUNTY COMMUNITY ACTION RESOURCE DEPARTMENT, et al.,

Defendants.
_________________________________/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING THIS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b)**

Plaintiff commenced this lawsuit against Defendants on May 3, 2024. The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

On April 6, 2026, Magistrate Judge Stafford issued a report and recommendation ("R&R") recommending that the Court dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 95.) Magistrate Judge Stafford issued the R&R after Plaintiff failed to heed the warning that his continued filing of frivolous motions and the failure to follow procedural

rules would result in the action being involuntarily dismissed pursuant to Rule 41(b) as a sanction for his flagrant misconduct. At the conclusion of the R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b).

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 25, 2026